IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                          NO. 11CR60015

JUAN VALENCIA                                               DEFENDANT

O R D E R

On this 14th day of September 2011, there comes on for consideration the report and recommendation filed in this case on August 23, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas.  (Doc. 16).  The parties did not file any objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Defendant's Motion to Suppress (Doc. 12) is DENIED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)